**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **EHSAN TABESH**<br>    **Plaintiff,** | §<br>§<br>§<br>§<br>§ | |
| **V.** | §<br>§<br>§ | **CIVIL ACTION NO. 4:16-CV-01255** |
| **WESTERN HERITAGE INSURANCE**<br>**COMPANY AND RON PATTON**<br>    **Defendants.** | §<br>§<br>§<br>§<br>§ | **[JURY DEMANDED]** |

## NOTICE OF SETTLEMENT

Defendant, WESTERN HERITAGE INSURANCE COMPANY, by and through its

undersigned counsel hereby gives notice to the Court that a settlement has been reached in this

matter.  The parties should be in a position to stipulate to dismissal in the next thirty (30) days.

Dated: June 23, 2016.

Respectfully submitted,

PHELPS DUNBAR LLP

By*:   /s/ Peri H. Alkas_____*
        Peri H. Alkas
        State Bar No. 00783536
        Federal Bar No. 15785
        500 Dallas Street • Suite 1300
        Houston, Texas 77002
        Telephone: (713) 626-1386
        Telecopier: (713) 626-1388
        Email: alkasp@phelps.com

        **ATTORNEY-IN-CHARGE FOR DEFENDANT,**
        **WESTERN HERITAGE INSURANCE**
        **COMPANY**

PD.19625674.1

OF COUNSEL:
Ashley M. Parker
TBN: 24081805
Federal Bar No. 1512920
Phelps Dunbar, LLP
Ashley.parker@phelps.com

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing instrument has been served on all counsel of record as indicated below and pursuant to the Federal Rules of Civil Procedure on June 23, 2016.

Matthew M. Zarghouni                           VIA EMAIL MATT@ZAR-LAW.COM
FOMBY & ZARGHOUNI LLC
4669 Southwest Fwy Suite 575
Houston, TX 77027

                                       */s/ Peri H. Alkas*

                                       Peri Alkas / Ashley M. Parker

- 2 -

PD.19625674.1