UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 23, 2016
David J. Bradley, Clerk

| | |
|---|---|
| Ehsan Tabesh | § |
| Plaintiffs, | § |
| versus | §  Civil Action H-16-1255 |
| Western Heritage Insurance Company, et al., | § |
| Defendants. | § |

# Conditional Dismissal

1. Having been advised that a settlement has been reached, this case is dismissed with prejudice except that the parties may move for reinstatement by July 23, 2016.

2. This court retains jurisdiction to enforce the settlement.

Signed on June 23, 2016, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge